CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1197
(FLU:DDC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                            *Plaintiff,*<br>v.<br><br>**JAVIER NUNEZ,**<br><br>                            *Defendant,*<br>and<br><br>**PNC BANK,**<br>**and its successors or assigns,**<br>                            *Garnishee.* | **Hon. JOSE L. LINARES**<br><br>**CRIMINAL No.  07-709-01**<br><br>**APPLICATION AND ORDER**<br>**FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Javier Nunez, social security number *******3429, whose last known address is Paterson, NJ 07501 in the above cited action in the amount of $3,100.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of March 12, 2008 is $3,000.00.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from March 12, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of Certificate of Deposit Account # 31400278755 in the amount of $40,505.58 which Javier Nunez has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Javier Nunez.

The name and address of the Garnishee or his authorized agent is:

> PNC Bank
> Mail Code P7-PFSC-02-F
> 500 First Avenue
> Pittsburgh, PA 15222

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> CHRISTOPHER J. CHRISTIE
> United States Attorney
>
> By:   JOHN G. SILBERMANN, JR.
>       Assistant U.S. Attorney

**IT IS**, on this _24th_ day of _March_, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

> HON. JOSE L. LINARES, JUDGE
> UNITED STATES DISTRICT COURT